Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| BRADLEY TEWINKLE | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 19-CV-1002 |
| v. | |
| CAPITAL ONE, N.A., et al. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that Defendant's Motion to Dismiss is Granted and

the Complaint is Dismissed with prejudice.


Date: November 18, 2022                                  MARY C. LOEWENGUTH
                                                         CLERK OF COURT


                                                         By: s/Suzanne
                                                             Deputy Clerk